IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GLENN W. MOWBRAY, SR.          :
                               :
v.                             :   CIVIL NO. CCB-00-177
                               :
CHARLESTOWN COMMUNITY, INC.,   :
ET AL.                         :

...o0o...

### ORDER

The defendant in this case, which was removed from the Circuit Court for Baltimore County, has filed a motion to dismiss. Despite notice of the possible consequences, the plaintiff has failed to respond.

It appears from the defendant's motion that the plaintiff has failed to serve a copy of the complaint on the defendant, and has served the other papers on the wrong person. In addition, his complaint does not satisfy the requirements of Fed.R.Civ.P.8(a). Accordingly, it is hereby **ORDERED** that:

1. The defendant's motion is **Granted**;

2. The complaint is **Dismissed without prejudice**;

3. The Clerk shall **Close** this case; and

4. The Clerk shall mail copies of this Order to the plaintiff and to counsel for the defendant.

_March 6, 2000_  
Date

_/s/ Catherine C. Blake_  
Catherine C. Blake  
United States District Judge